FILED BY _____ sch _____ D.C.

Apr 12, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-mj-00029-SMM

UNITED STATES OF AMERICA

v.

ARTAVIS SPIVEY, and
DANIEL ZAMOT,

_____Defendants._____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____

MICHAEL D. PORTER
Assistant United States Attorney
FL Bar No.        0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Michael.Porter2@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Michael Porter

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

<table>
<tr><td>United States of America<br>v.<br><br>ARTAVIS SPIVEY, and<br>DANIEL ZAMOT<br><br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.<br><br>22-mj-00029-SMM</td></tr>
</table>

FILED BY_____scn_____D.C.

**Apr 12, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 17, 2022_____ in the county of _____Highlands_____ in the

____Southern____ District of ____Florida____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2119(1) and 2 | Carjacking. |
| 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | Brandishing a firearm during and in relation to a crime of violence. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Christopher M. Mayo
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: ____April 12, 2022____

_____
*Judge's signature*

City and state: ____Fort Pierce, Florida____

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

I, Special Agent Christopher M. Mayo, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since May 23, 2010. During this time I have gained experience and received training on a variety of topics, including use of the internet, international terrorism, violent crimes, drug trafficking, and other related topics encountered in federal law enforcement. I am currently assigned to the Fort Pierce Resident Office in Fort Pierce, Florida.

2.      I am a federal law enforcement officer of the United States empowered by 18 U.S.C. § 3052 to conduct investigations of and make arrests for offenses enumerated in Title 18 of the United States Code.

3.      I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from other law enforcement officers who have investigated this matter, or other individuals who have personal knowledge of the facts herein. Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in this Affidavit each and every fact known to me about the matters set forth herein.

4.      This Affidavit is being submitted for the sole purpose of establishing probable cause that on or about February 17, 2022, Artavis Spivey ("Spivey") and Daniel Zamot ("Zamot"), with the intent to cause death and seriously bodily harm, did take a motor vehicle, that is, a 2018 Lincoln MKC, from the person and presence of another, by force and violence,

and by intimidation, in violation of 18 U.S.C. §§ 2119(1) and 2, and that Artavis Spivey and Daniel Zamot did knowingly use and carry, and brandish, a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

## **PROBABLE CAUSE**

5.      On February 17, 2022, law enforcement received a 911 call advising that an armed carjacking had just taken place at Highlands Advanced Rheumatology and Arthritis Center ("Highlands Rheumatology") in Avon Park, Florida.

6.      Avon Park, Florida is located within the Southern District of Florida.

7.      At approximately 12:37 p.m., Highlands County Sheriff's Office Deputy Bryce Smith arrived at Highlands Rheumatology and interviewed J.S.[1]

8.      J.S. advised Deputy Smith that she was sitting inside her 2018 Lincoln MKC, located in the parking lot of Highlands Rheumatology, when a man armed with a black semi-automatic handgun approached her and demanded the keys to her vehicle. J.S. advised that she complied and gave the man her keys, after which he demanded her cellphone, which she also gave him. J.S. explained that the man then ordered her to exit and walk around to the back of the vehicle or he would shoot her. J.S. described the man as a black male with a slender build and stated that he was wearing a hooded jacket and a facemask with holes for his eyes and mouth. J.S. stated that a second man, whom she described as heavier set, was standing at the rear of her vehicle when she was robbed. J.S. stated the second man was also wearing a hooded jacket and

---

[1] Although J.S.'s full name has not been included in this Affidavit, J.S.'s identity is known to me.

a facemask with holes for his eyes and mouth. J.S. advised that the two men fled the scene in her vehicle.

9.      Law enforcement was able to track J.S.'s 2018 Lincoln MKC through the use of Ford Pass, a smartphone application that allows its users to access the GPS coordinates for their vehicles.

10.     At approximately 2:41 p.m., the Ford Pass application indicated J.S.'s 2018 Lincoln MKC was traveling south on SR 31 N in Lee County, Florida. Shortly thereafter, Highlands County Sheriff's Office Deputy Oliver Worley notified the Lee County Sheriff's Office that the 2018 Lincoln MKC was in Lee County.

11.     At approximately 3:00 p.m., officers from the Lee County Sheriff's Office located the 2018 Lincoln MKC and attempted to conduct a traffic stop in Fort Myers, Florida. A brief pursuit ensued, during which two men abandoned the vehicle and fled on foot while being pursued by law enforcement.

12.     Shortly thereafter, the driver of the vehicle, Spivey, and passenger, Zamot, were apprehended by law enforcement.

13.     While searching the 2018 Lincoln MKC, law enforcement recovered, among other things, two ski masks from behind the front passenger's seat and a loaded black H&K 9mm semi-automatic firearm with an extended magazine between the driver's seat and center console. The H&K 9mm semi-automatic firearm was reported stolen out of Polk County.

14.     A loaded Cobra, .380 caliber semi-automatic firearm was found in the bushes near where Zamot exited the vehicle. The Cobra, .380 caliber semi-automatic firearm was reported stolen out of Osceola County.

3

15.     Highlands County Sheriff's Office Deputy Du'Wayne Kelly interviewed Zamot at the Lee County Sheriff's Office the same day he was arrested. Zamot was advised of *Miranda* Rights and agreed to speak with Deputy Kelly. Zamot admitted, among other things, that he was present with Spivey when Spivey stole J.S.'s 2018 Lincoln MKC. Zamot acknowledged that he knew Spivey had a firearm on his person when he and Spivey approached the 2018 Lincoln MKC.

16.     Law enforcement was able to recover J.S.'s cellphone, which was stolen during the carjacking. Specifically, law enforcement located J.S.'s cellphone on the side of US 27 in Avon Park. J.S.'s cellphone was processed for latent prints by HCSO Detective Kathleen Perez, who is a crime scene analyst and fingerprint expert. Detective Perez identified a latent print that was lifted from J.S.'s cellphone as Spivey's left little finger.

17.     I confirmed that the above-referenced 2018 Lincoln MKC was manufactured in Louisville, Kentucky, and therefore had been transported, shipped, or received in interstate commerce.

18.     On April 11, 2022, ATF Interstate Nexus expert Special Agent Michael Kelly determined that the above-referenced loaded black H&K 9mm semi-automatic firearm was not manufactured in the State of Florida, and thus previously travelled in and affected interstate commerce. Agent Kelly also determined that the above-referenced loaded Cobra, .380 caliber semi-automatic firearm was not manufactured in the State of Florida, and thus previously travelled in and affected interstate commerce.

19.     Artavis Spivey has prior felony convictions out of the State of Florida for, among other things, burglary (2019), burglary (2019), burglary (2019), grand theft of a firearm (2019), and grand theft of a motor vehicle (2019).

4

## CONCLUSION

20.    Based upon the foregoing, I respectfully submit that there is probable cause that on or about February 17, 2022, Artavis Spivey and Daniel Zamot, with the intent to cause death and seriously bodily harm, did take a motor vehicle, that is, a 2018 Lincoln MKC, from the person and presence of another, by force and violence, and by intimidation, in violation of 18 U.S.C. §§ 2119(1) and 2, and that Artavis Spivey and Daniel Zamot did knowingly use and carry, and brandish, a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

Respectfully submitted,

Christopher M. Mayo
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me, by video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this ___12th___ day of April, 2022.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____S.Carlson_____
Deputy Clerk
Date __Apr 12, 2022__

5