UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14026-CR-CANNON/MAYNARD

**UNITED STATES OF AMERICA**

**v.**

**ARTAVIS SPIVEY,**

                                    **Defendant.**
_____/

**STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE
ELEMENTS IN SUPPORT OF GUILTY PLEA**

      The United States of America, by and through the undersigned Assistant United States Attorney, and Artavis Spivey (hereinafter referred to as the "Defendant" or "Spivey"), together with his counsel, admit that the United States can prove the allegations contained in Count One of the Indictment, which charges the Defendant with carjacking, in violation of 18 U.S.C. §§ 2119(1) and 2, and Count Two of the Indictment, which charges the Defendant with brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2. The Defendant also stipulates that the following recitation of the facts shall constitute the underlying factual basis for his guilty plea. These facts are not all of the facts known to the United States in this case and are offered merely to provide a sufficient factual basis to support the Defendant's guilty plea.

      On February 17, 2022, at approximately 12:37 p.m., the Highlands County Sheriff's Office ("HCSO") received a 911 call advising that an armed carjacking had just taken place at Highlands Advanced Rheumatology and Arthritis Center ("Highlands Rheumatology") in Avon Park, Florida.

1

Shortly thereafter, HCSO Deputy Du'Wayne Kelly interviewed the victim of the carjacking, "J.S." J.S. advised Deputy Kelly that she was sitting inside her 2018 Lincoln MKC, located in the parking lot of Highlands Rheumatology, when a man armed with a black 9mm semi-automatic handgun approached her and demanded the keys to her vehicle. J.S. was sitting in the driver's seat of the vehicle with the door open. J.S. advised that she complied and gave the man her keys, after which he demanded her cellphone, which she also gave him. J.S. explained that the man then ordered her to exit and walk around to the back of the vehicle or he would shoot her. J.S. described the man as a black male with a slender build and stated that he was wearing sweat pants, a red or orange hooded jacket, and a facemask with holes for his eyes and mouth. J.S. stated that a second man, whom she described as a heavier set black male, was standing at the rear of her vehicle when she was robbed. J.S. stated the second man was also wearing sweatpants, a red or orange hooded jacket, and a facemask with holes for his eyes and mouth. J.S. advised that the two men fled the scene in her vehicle.

Law enforcement was able to track J.S.'s 2018 Lincoln MKC through the use of Ford Pass, a smartphone application that allows its users to access the GPS coordinates for their vehicles. At approximately 2:41 p.m., the Ford Pass application indicated J.S.'s 2018 Lincoln MKC was traveling south on SR 31 N in Lee County, Florida. Shortly thereafter, HCSO notified the Lee County Sheriff's Office ("LCSO") that the 2018 Lincoln MKC was in Lee County.

At approximately 3:00 p.m., officers from LCSO located the 2018 Lincoln MKC and attempted to conduct a traffic stop in Fort Myers, Florida. A brief pursuit ensued, during which the vehicle drove through several yards and almost crashed into another vehicle. The vehicle

Park. J.S.'s cellphone was processed for latent prints by HCSO Detective Kathleen Perez, who is a crime scene analyst and fingerprint expert. Detective Perez later identified a latent print that was lifted from J.S.'s cellphone as Spivey's left little finger.

HCSO obtained Ring door camera footage from several nearby residences. One of the cameras depicts Spivey and Zamot walking up to J.S.'s vehicle together. Specifically, the video depicts two males with red hooded jackets approaching J.S.'s vehicle and walking up to the driver's side door of the vehicle, with one of the males standing directly behind the other. The video also depicts J.S. running from the vehicle shortly after Spivey and Zamot approached her.

The 2018 Lincoln MKC was manufactured in Louisville, Kentucky, and therefore had been transported, shipped, or received in interstate commerce.

Spivey stipulates that he and Zamot stole J.S.'s 2018 Lincoln MKC on February 17, 2022, and that they did so by force, violence, and intimidation. Spivey also stipulates that he brandished a H&K 9mm semi-automatic firearm when he and Zamot stole J.S.'s 2018 Lincoln MKC.

**Count 1:**   **Title 18, United States Code, Sections 2119(1) and (2):**

(1)   The Defendant took a motor vehicle from or in the presence of another;

(2)   The Defendant did so by force and violence, or by intimidation;

(3)   The motor vehicle had previously been transported, shipped, or received in interstate or foreign commerce; and

(4)   The Defendant intended to cause death or serious bodily harm when he took the motor vehicle.

**Count 2:**   **Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2:**

(1)   The Defendant committed the crime of violence charged in Count One of the Indictment; and

(2)   During and in relation to that crime of violence, the Defendant knowingly brandished a firearm, as charged in the Indictment.

4

A Defendant is criminally responsible for the acts of another person if the Defendant aids and abets the other person.

A Defendant "aids and abets" another person if the Defendant intentionally joins with the other person to commit a crime.

To "brandish" a firearm means to show all or part of the firearm to another person, or otherwise make another person aware of the firearm, in order to intimidate that person.

The defendant and his attorney agree that the facts recited above meet these elements.

Date: 8/26/2022

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

Date: 8-26-22

Artavis Spivey
ARTAVIS SPIVEY
DEFENDANT

Date: 8/26/22

_____
VALENTIN RODRIGUEZ
ATTORNEY FOR DEFENDANT

5