Dear Judge CANNON        CASE# 22-14026-CR-

To whom this may concern.

I would like to withdraw my Plea from this Alleged Plea Agreement. I was Pleading Guilty to the Offense of 1.) CAR Jacking 2) Bannishing and 3) Possion of A firearm. They offerd fedaral Time of 12, years. With Guide lines. To my concerns. This is to many offense's. Also I still need my Discovery. Also I need All of the Test Result's from this CASE, of the Alleged CAR Jacking, Also Possion of A firearm. So Please get them to me. Also my warrant's and Arrest Afidavi't. My fedarel Lawyer still haven't Provided me with Any fact's to take Any Pleas. So this will be my Appeal for the Plea Agreement.

×Artavis Spivey

Date 9-5-22

FILED BY ___ D.C.
SEP 08 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

