Dear Judge Cannon

I'm writing you today asking can you please have my Discovery sent to me, per federal rules of criminal procedure Rule 16 I'm entitled to inspect, copy, and photograph of everything in my discovery my lawyer would not give me copies of my discovery for closer inspection due to a colorable claim made by the co-defendant "Zamot" in which he stated me and other inmates assaulted him due to him willing to testify it's said he wrote a letter I knew nothing of the crime, then turned around and said me and those other inmates used coercion to get him to write it, there was a report made and Zamot was moved to another jail and everything he said didn't show any truth to it and the jail made a mistake and put us in the same dorm and that decision has changed the outcome of my case because that I wasn't allowed copies of a discovery I'm entitled to even after "Zamot" was an entire facility I was still not given Discovery I was shown partial videos and and most of the time sessions timed out and I was shown part videos one time, I was only given a search warrant and search warrant affidavit, per response to standing Discovery order there's 331 pages and I only recieved the aforesaid serch

warrant I'm entitled to All Discovery of evidence being used against me there could be tainted or fabricated evidence being used against me. And I'm supposed to go off what my lawyer says when he's already lied and denied to file my motion to withdraw guilty plea forcing me to file a pro se motion due to him not responding and saying my motion was not in good faith. Of course he would feel that way cause he's the one who coerced me into the plea without giving me discovery and making false promises telling me once I signed the agreement Lee County would dismiss charges but he didn't want to inform Lee County nolle prossed the charges two weeks prior and that the cases are connected. I will be very thankful if you could get me my discovery and court transcripts from the pro se motion hearing held on 10-3-22 Thank you for taking time out your busy day to read this.

Respectfully submitted
Artavis Spivey
10-4-22

Artavis Spivey
900 N. Rock Road
Ft. Pierce Fl. 34950

Legal mail LOCAL mail

Delta east Dorm # 10 ID (2701611)

This mail originated from an inmate at the St. Lucie County Jail

OCT 11 2022

WEST PALM BCH FL 334
7 OCT 2022 PM 2 L

federal Court house
101 S. US Highway 1
fort Pierce Fl. 34950

34950-420901