**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   22-14026-CR-CANNON/MAYNARD**

**UNITED STATES OF AMERICA**

**v.**

**DANIEL ZAMOT,**

**Defendant.**
_____/

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests the Court to depart downward from the bottom of the defendant's effective guideline range under Section 5K1.1 of the United States Sentencing Guidelines to reflect the defendant's substantial assistance to the United States.

**BACKGROUND**

On May 5, 2022, a federal grand jury in the Southern District of Florida returned an Indictment charging Artavis Spivey ("Spivey") and Daniel Zamot ("Zamot") with carjacking, in violation of 18 U.S.C. §§ 2119(1) and 2 (count one), and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 (count two), and Spivey with possession of a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) (count three).   (Doc. No. 12.)

On June 24, 2022, Zamot pleaded guilty as charged pursuant to a written plea agreement with the United States.  (Doc. Nos. 33-35.)  As part of the plea agreement, Zamot agreed to cooperate with the United States.  The United States believes Zamot's cooperation to date

constitutes substantial assistance.   To that end, the United States requests the Court to depart downward from the bottom of Zamot's effective guideline range by 20% to reflect his substantial assistance to the United States.   The United States will advise the Court of the details of Zamot's substantial assistance at his sentencing hearing.

Zamot's sentencing hearing is scheduled for November 17, 2022.   According to the Presentence Investigation Report ("PSI"), Zamot has a Total Offense Level of 19 and criminal history category of I, which yields an effective sentencing guideline range of 114 – 121 months' imprisonment.   (PSI at ¶¶ 34, 37, 65-66.)   Zamot is subject to a mandatory minimum sentence of 84 months' imprisonment and statutory maximum of life imprisonment as to Count Two of the Indictment, which must be imposed consecutively to the sentence imposed on Count One of the Indictment.   (PSI at ¶¶ 65-66.)[1]

### CONCLUSION

The United States respectfully requests the Court to depart downward from the bottom of Zamot's effective guideline range by 20% to reflect his substantial assistance to the United States.[2]

---

[1] Zamot's guideline range on Count One of the Indictment is 30 – 37 months.   (PSI at ¶ 66.)

[2] The United States anticipates that Zamot will testify against Spivey at Spivey's sentencing hearing. In the event Zamot does testify at Spivey's sentencing hearing, the United States may reevaluate the extent of its substantial assistance recommendation.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:    **/s/Michael D. Porter**
Michael D. Porter
Assistant United States Attorney
Florida Bar# 0031149
101 South U.S. Highway 1
Suite 3100
Fort Pierce, Florida 34950
Telephone: (772) 293-0950
Email:michael.porter2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2022, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt.   All other parties will be served by either regular U.S.

mail or inter-office delivery.

**/s/Michael D. Porter**
Michael D. Porter
Assistant United States Attorney

3